Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Timothy M. Durkin
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 1 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN BOWANNIE,<br><br>Defendant. | Case No.: 2:24-CR-110-TOR-1<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 242, 250(b)(1)<br>Deprivation of Rights Under<br>Color of Law |

The Grand Jury charges:

At times material to this Indictment:

1. The Defendant, DARREN BOWANNIE, was employed by the Bureau of Indian Affairs, a federal agency, as a lead correctional officer.

2. As part of his duties, DARREN BOWANNIE transported individuals who were in the custody of the Spokane Tribe of Indians and the Bureau of Indian Affairs to and from the Colville Tribal Correctional Facility in Nespelem, Washington.

3. Victim was a female in the custody of the Spokane Tribe of Indians and the Bureau of Indian Affairs whom DARREN BOWANNIE, during the course of

INDICTMENT – 1

his duties, transported from Wellpinit, Washington to Nespelem, Washington on or about February 9, 2024.

4. Paragraphs 1 through 3 are incorporated by reference in the Count below.

5. On or about February 9, 2024, in the Eastern District of Washington, the Defendant, DARREN BOWANNIE, while acting under color of law, willfully deprived Victim of her right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when DARREN BOWANNIE knowingly caused Victim to engage in a sexual act by threatening and placing Victim in fear and engaged in a sexual act with Victim without Victim's consent and resulted in bodily injury to Victim and included aggravated sexual abuse and attempted aggravated sexual abuse, all in violation of 18 U.S.C. §§ 242, 250(b)(1).

DATED this 21st day of August 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

*Timothy M. Durkin*
Timothy M. Durkin
Assistant United States Attorney

INDICTMENT – 2